UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Andris Janis Johansons,

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.

_____/

Case No. 13-11649

Honorable Nancy G. Edmunds

**<u>ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
APRIL 3, 2014 REPORT AND RECOMMENDATION [14], OVERRULING
PLAINTIFF'S OBJECTIONS [15], GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT [12], AND DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT [8]</u>**

This matter came before the Court on the magistrate judge's report and recommendation on Plaintiff Andris Janis Johansons's claim for disability and disability insurance benefits from Defendant. (Dkt. 14.) The magistrate judge recommended denying Plaintiff's request and his motion for summary judgment and granting Defendant's motion for summary judgment because substantial evidence supported the administrative law judge's decision denying benefits.

Plaintiff has filed objections, which the Court has reviewed de novo. The Court has reviewed the pleadings and the record. The Court nevertheless agrees with the magistrate judge. Substantial evidence supports the magistrate judge's decision that Plaintiff's right-side tendonitis did not render him disabled as contemplated by the Social Security Act and that there were jobs in Michigan that he could perform.

The Court therefore ACCEPTS AND ADOPTS the magistrate judge's report and recommendation, OVERRULES Plaintiff's objections, GRANTS Defendant's motion for summary judgment, and DENIES Plaintiff's motion for summary judgment.

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  May 5, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 5, 2014, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager